## 70633. BYRD v. THE STATE.
(346 SE2d 394)

McMURRAY, Presiding Judge.

In *State v. Byrd,* 255 Ga. 665 (341 SE2d 455), the Supreme Court reversed our decision in *Byrd v. State,* 176 Ga. App. 295 (335 SE2d 656). Accordingly, our decision in *Byrd v. State,* 176 Ga. App. 295, supra, is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Banke, C. J., and Benham, J., concur.*

DECIDED MAY 22, 1986.

*Sampson Oliver, Jr.,* for appellant.
*John M. Ott, District Attorney,* for appellee.